SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

**E-filed 5/18/07**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JONGHYUK PARK,<br><br>         Petitioner,<br><br>   v.<br><br>DAVID STILL, District Director, U.S. Department of Homeland Security, Citizenship and Immigration Services, San Francisco District;<br><br>EMILIO T. GONZALEZ, Director of U.S. Department of Homeland Security, Citizenship and Immigration Services;<br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security;<br><br>         Respondents. | No. C 07-0846 JF<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-0846 JF                      1

| | | |
|---|---|---|
| 1 | Date: May 17, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: May 17, 2007            /s/
ROBERT BAIZER
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    5/18/07

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C07-0846 JF                                      2